ABCO MOVING & STORAGE CORP., Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.

Submitted October 4, 1948; decided October 7, 1948.

*Herbert Burstein* for motion.
*Ralph W. Brown* and *Irving W. Young* opposed.

Motion for leave to appeal dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.